**BALOGH'S OF CORAL GABLES, INC., David R. Balogh, Inc., and Balogh Jewelers of Hallandale, Inc., Plaintiffs-Appellants,**

v.

**Irving GETZ, Mayor's Jewelers, Inc., and Rolex Watch, USA, Defendants-Appellees.**

No. 84–5731.

United States Court of Appeals, Eleventh Circuit.

March 14, 1986.

Joel D. Eaton, Podhurst, Orseck, Parks, Josefsberg, Eaton, Meadow & Olin, P.A. Miami, Fla., for plaintiffs-appellants.

David L. Ross, Greenberg, Traurig, Hoffman, Lipoff, Quental & Wolff, P.A., Miami, Fla., for Getz/Mayor's.

Brian F. Spector, Kenny Nachwalter & Seymour, P.A., Miami, Fla., and Stephen Ruffino, Gibney, Anthony & Flaherty, Donald J. Williamson, John F. Flaherty, New York City, for Rolex.

## ON PETITION FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC

Before GODBOLD, Chief Judge, RONEY, TJOFLAT, HILL, FAY, VANCE, KRAVITCH, JOHNSON, HATCHETT, ANDERSON and CLARK, Circuit Judges.

BY THE COURT:

A member of this Court in active service having requested a poll on the application for rehearing en banc and a majority of the judges in this Court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the cause shall be reheard by this Court en banc *without* oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of en banc briefs. The previous panel's opinion is hereby VACATED.